**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| PAUL DEN BESTE,<br><br>               Appellant,<br><br>   v.<br><br>DONALD LEWIN; et al.,<br><br>               Appellees. | No. 13-15460<br><br>D.C. No. 3:12-cv-01625-EMC<br><br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Northern District of California
Edward M. Chen, District Judge, Presiding

Submitted November 18, 2014[**]

Before:    LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

Paul Den Beste appeals pro se from the district court's order denying his

motion to vacate the judgment. We have jurisdiction under 28 U.S.C. § 158(d).

We review for an abuse of discretion, *Sch. Dist. No. 1J, Multnomah Cnty., Or. v.*

*ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993), and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

The district court did not abuse its discretion in denying Den Beste's motion to vacate its judgment because Den Beste failed to establish any basis for such relief. *See id.* at 1263 (setting forth grounds to vacate judgment).

Den Beste's opposed motion to strike appellees' briefs and for sanctions, filed on October 7, 2013, is denied.

**AFFIRMED.**